

**U.S. Department of Justice**

*Leah B. Foley*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

June 8, 2026

Honorable Judge Brian E. Murphy
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Courtroom 12, 5th floor
Boston, Massachusetts 02210

Re: *Lucas David Ajanel Velasquez v. Antone Moniz, et al.*, 1:26-cv-11935-BEM

Dear Honorable Judge Brian E. Murphy,

In response to the Court's order, enclosed is a flash drive containing the recording of the Petitioner's bond hearing.

Respectfully submitted,

*/s/ Benjamin Tolkoff*
Benjamin Tolkoff
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3100
Benjamin.Tolkoff@usdoj.gov

Cc: Stephen M. Born, Counsel for the Petitioner, sborn@millsandborn.com